# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 1:23-cr-00061-MN |
| ROBERT HUNTER BIDEN, | ) |
| Defendant. | ) |

## MR. BIDEN'S NOTICE OF APPEAL

Notice is hereby given that Robert Hunter Biden, Defendant in the above-named case, appeals to the United States Court of Appeals for the Third Circuit from this Court's April 12, 2024 Orders denying Mr. Biden's motion to dismiss the indictment for violating the immunity conferred by the Diversion Agreement (D.E. 98) and its related Memorandum Opinion (D.E. 97), his motion to dismiss the indictment for the improper appointment of the Special Counsel and violation of the Appropriations Clause (D.E. 101), and his motion to dismiss the indictment for violation of separation of powers (D.E. 99).

Dated: April 17, 2024

Bartholomew J. Dalton (#808)
DALTON & ASSOCIATES, P.A.
1106 West 10th Street
Wilmington, DE 19806
Tel.: (302) 652-2050
BDalton@dalton.law

Respectfully submitted,

/s/ *Abbe David Lowell*
Abbe David Lowell
Christopher D. Man
WINSTON & STRAWN
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100
AbbeLowellPublicOutreach@winston.com
CMan@winston.com

*Counsel for Robert Hunter Biden*