UNITED STATES OF AMERICA

v.

ROBERT HUNTER BIDEN,
                Appellant