UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1703**

United States v. Biden
(D. Del. No. 1-23-cr-00061-001)

**ORDER**

      Appellant seeks review of the District Court orders entered April 12, 2024, denying three motions to dismiss the indictment. The orders on appeal may not be final and may not otherwise be appealable at this time. See Flanagan v. United States, 465 U.S. 259, 263 (1984); United States v. Soriano Nunez, 928 F.3d 240, 243 (3d Cir. 2019) ("An order denying dismissal of an indictment is not a 'final judgment of the district court.'"). See also United States v. Hollywood Motor Car Co., Inc., 458 U.S. 263 (1982); Midland Asphalt Corp. v. United States, 489 U.S. 794 (1989). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 17, 2024
Tmm/cc: Bartholomew J. Dalton, Esq.
        Abbe D. Lowell, Esq.
        Derek E. Hines, Esq.
        Leo Wise, Esq.
        Christopher D. Man, Esq.