UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-025-E

No. 24-1703

UNITED STATES OF AMERICA

v.

ROBERT HUNTER BIDEN,
Appellant

(D. Del. No. 1-23-cr-00061-001)

Present: CHUNG, Circuit Judge

1. Motion by Appellee United States of America for Expedited Briefing and Ruling on Appellee's Motion to Dismiss;

2. Response by Appellant to Appellee's Motion to Expedite Briefing and Ruling on Motion to Dismiss.

Respectfully,
Clerk/tmm

_____ORDER_____

The motion to expedite is denied. The Court is mindful of the current trial schedule and will resolve the matter before this Court in a timely manner. To move this matter forward, all responses to the issue of jurisdiction and the Appellee's motion to dismiss must be filed on or before April 29, 2024 by 5:00 p.m. E.T.

By the Court,

s/ Cindy K. Chung
Circuit Judge

Dated: April 22, 2024
Tmm/cc: Derek E. Hines, Esq.
Leo Wise, Esq.
Bartholomew J. Dalton, Esq.
Abbe D. Lowell, Esq.
Christopher D. Man, Esq.