UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-1703

UNITED STATES OF AMERICA

v.

ROBERT HUNTER BIDEN,
Appellant

(D. Del. No. 1-23-cr-00061-001)

Present: SHWARTZ, CHUNG, and SMITH, Circuit Judges

1. Appellant's Emergency Motion for An Administrative Stay and Permanent Stay of District Court Proceedings Pending Appeal and Stay of This Court's Consideration of Biden's Petition for Panel Rehearing and Rehearing En Banc.

Respectfully,
Clerk/tmm

ORDER

PER CURIAM

The foregoing emergency motion for an administrative stay and permanent stay of District Court proceedings pending appeal and stay of this Court's consideration of the Appellant's petition for panel rehearing and rehearing en banc, filed by the Appellant, is DENIED.

Dated: May 21, 2024
Tmm/cc: Derek E. Hines, Esq.
   Leo Wise, Esq.
   Bartholomew J. Dalton, Esq.
   Abbe D. Lowell, Esq.
   Christopher D. Man, Esq.